IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 11-cv-02020-CMA-KMT

KIMBERLY L. ANDREE,

    Plaintiff,

v.

JOSEPH HOY, Individually and in his official capacity as
   Sheriff of Eagle County,

    Defendant.

## ORDER GRANTING DISMISSAL OF PLAINTIFF'S
## CLAIM FOR TORTIOUS INTERFERENCE WITHOUT PREJUDICE

This matter is before the Court on Plaintiff's Unopposed Motion to Dismiss Plaintiff's Claim for Tortious Interference (Doc. # 14). The Court being fully advised, it is hereby

ORDERED that Plaintiff's Eighth Claim for Relief **ONLY** is DISMISSED WITHOUT PREJUDICE, each party to pay her or his own fees and costs.

    DATED:  November   16  , 2011

                                                  BY THE COURT:

                                                  *[signature: Christine M Arguello]*

                                                  CHRISTINE M. ARGUELLO
                                                United States District Judge