**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02020-CMA-KMT

KIMBERLY L. ANDREE,

    Plaintiff,

v.

JOSEPH HOY, Individually and in his official capacity as
   Sheriff of Eagle County,

    Defendant.

---

**ORDER GRANTING DISMISSAL OF PLAINTIFF'S
CLAIM FOR TORTIOUS INTERFERENCE WITHOUT PREJUDICE**

---

This matter is before the Court on Plaintiff's Unopposed Motion to Dismiss Plaintiff's Claim for Tortious Interference (Doc. # 14). The Court being fully advised, it is hereby

ORDERED that Plaintiff's Eighth Claim for Relief **ONLY** is DISMISSED WITHOUT PREJUDICE, each party to pay her or his own fees and costs.

DATED: November   16  , 2011

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge