**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02020-CMA-KMT

KIMBERLY L. ANDREE,

    Plaintiff,

v.

JOSEPH HOY, Individually and in his official capacity as
   Sheriff of Eagle County,

    Defendant.

---

**ORDER GRANTING STIPULATION FOR PARTIAL
DISMISSAL WITH PREJUDICE**

---

This matter is before the Court on the parties' Stipulation for Partial Dismissal With Prejudice Pursuant to Fed. R. Civ. P 41(a)(1)(ii) (Doc. # 35). The Court being fully advised, it is

ORDERED that Plaintiff's <u>Fourth</u>, <u>Sixth</u> and <u>Seventh</u> Claims for Relief **only** are DISMISSED WITH PREJUDICE, each party to pay his or her own fees and costs.

DATED: July  30 , 2012

                              BY THE COURT:

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge